

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.K.V., a Child

No. 06-15-00098-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2014-873-DR). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order terminating Vero's parental rights to Justin and remand the case for a new trial and for further proceedings consistent with this opinion.

We further order that the payment of all costs of this appeal are waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2015).

RENDERED APRIL 20, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk